1  ALEX G. TSE (CABN 152348)
   United States Attorney
2  SARA WINSLOW (DC Bar No. 457643)
   Chief, Civil Division
3  Assistant United States Attorney
         450 Golden Gate Avenue, Box 36055
4        San Francisco, California 94102-3495
         Telephone: (415) 436-6925
5        FAX: (415) 436-6748
         sara.winslow@usdoj.gov
6  Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ORTEZ, | C 18-01784-SI |
| Petitioner, | |
| v. | **STIPULATION OF DISMISSAL;** |
| SESSIONS, et al., | **[PROPOSED] ORDER** |
| Respondents. | |

Subject to the Court's approval, Petitioner and Respondents, through their undersigned counsel of record, hereby stipulate to dismissal of the above-entitled action, without prejudice, for mootness. Petitioner was removed from the United States on September 21, 2018.

Each of the parties shall bear their own costs and fees.

Date: October 25, 2018                    Respectfully submitted,

                                          ALEX G. TSE
                                          United States Attorney
                                                    /s/
                                          SARA WINSLOW
                                          Assistant United States Attorney
                                          Attorneys for Respondents

Date: October 25, 2018

                                                    /s/
                                          YULI KAPLUNOVSKY
                                          Attorney for Petitioner

STIPULATION OF DISMISSAL, C 18-01784-SI

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 10/25/18

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL, C 18-01784-SI